UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JANET KASKIE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:15-CV-220-BG |
| | ) | ECF |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

The United States District Judge transferred this case to the undersigned United States Magistrate Judge for further proceedings. Kaskie did not consent to the jurisdiction of the Magistrate Judge. Now before the court is "Defendant's Unopposed Motion to Reverse and Remand" filed on May 9, 2016.

**I.   Recommendation**

In accordance with the order of transfer, the undersigned now files this Report and Recommendation and recommends that the United States District Court grant Defendant's unopposed motion and enter judgment reversing and remanding the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**II.   Right to Object**

A copy of this Report and Recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this Report and Recommendation must file specific written objections within fourteen days after being served with a copy. 28 U.S.C.

1

§ 636(b)(1) (2016); Fed. R. Civ. P. 72(b).  To be specific, an objection must identify the specific finding or recommendation to which the objection is made, state the basis for the objection, and specify the place in the magistrate judge's Report and Recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.  Failure to timely file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

   Dated:  May 13, 2016.

                                                                  _____
                                                                  NANCY M. KOENIG
                                                                  United States Magistrate Judge