IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JANET E. KASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:15-CV-220-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate

Judge entered a Report and Recommendation.  Neither party has filed written objections.

It is, therefore, **ORDERED** that the conclusion in the Report and Recommendation is

hereby **ADOPTED** as the conclusion of the Court, that the decision of the Commissioner is

**REVERSED**, and that the above-styled and -numbered cause is hereby **REMANDED** for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this ___1st___ day of June, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE